

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| AARON VERDINES, | § | No. 08-23-00312-CR |
| Appellant, | § | Appeal from the |
| v. | § | 175th Judicial District Court |
| THE STATE OF TEXAS, | § | of Bexar County, Texas |
| Appellee. | § | (TC# 2021CR2461) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 15TH DAY OF OCTOBER 2024.


LISA J. SOTO, Justice

Before Palafox and Soto, JJ. and Salas Mendoza, Judge
Palafox, J. concurring without written opinion
Salas Mendoza, Judge (sitting by assignment)